IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

OTIS R. ELION,

    Defendant.

Case No. 06-cr-40061-JPG

**MEMORANDUM AND ORDER**

This matter comes before the Court on Otis R. Elion's motion for reduction of his sentence pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 45). Elion filed this motion *pro se*, although he is represented by attorney Melissa Day.

A defendant does not have a right to file his own motions or documents when he is represented by counsel. *See Hayes v. Hawes*, 921 F.2d 100, 102 (7th Cir.1990) (*per curiam*). "Representation by counsel and self-representation are mutually exclusive." *Cain v. Peters*, 972 F.2d 748, 750 (7th Cir.1992). So-called "hybrid representation" confuses and extends matters at trial and in other proceedings and, therefore, it is forbidden. *See United States v. Oreye*, 263 F.3d 669, 672–73 (7th Cir.2001). The Court may strike as improper any such *pro se* motions. *See, e.g., United States v. Gwiazdzinski*, 141 F.3d 784, 787 (7th Cir.1998).

Elion filed the instant order on January 7, 2013. Counsel, however, was appointed for Elion on May 25, 2012, pursuant to Administrative Order 137. Accordingly, the Court hereby **ORDERS** that Elion's motion (Doc. 45) be **STRICKEN**.

    **IT IS SO ORDERED.**

    **DATED:** January 30, 2013

    s/ J. Phil Gilbert
    **J. PHIL GILBERT**
    **DISTRICT JUDGE**